IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JENNIFER GRIFFIN, Personal Representative of the Estate of Michael Garwood,<br><br>        Plaintiffs,<br><br>vs.<br><br>JOSHUA GEISSEL, SCOTT ROUSE, MITCHELL LANG, TIM MUIS, and CITY OF MISSOULA,<br><br>        Defendants. | CV 21-83-M-DLC-KLD<br><br>ORDER |

Defendant City of Missoula has filed an Unopposed Motion for Leave to File Exhibits A and G to its Statement of Stipulated Facts in Support of its Motion for Summary Judgment Under Seal. (Doc. 25). The exhibits that Defendant seeks to file under seal include confidential documents that fall within the scope of the parties' Stipulated Protective Order. (Doc. 25-1). Accordingly, and good cause appearing,

//

//

//

IT IS ORDERED that Defendant's motion for leave to file Exhibits A and G under seal (Doc. 25) is GRANTED.

DATED this 19th day of May, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge