IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JENNIFER GRIFFIN, Personal Representative of the Estate of Michael Garwood,<br><br>                Plaintiff,<br><br>vs.<br><br>JOSHUA GEISSEL, SCOTT ROUSE, MITCHELL LANG, TIM MUIS, and CITY OF MISSOULA,<br><br>                Defendants. | CV 21–83–M–DLC–KLD<br><br>ORDER |

    Before the Court is the Parties' Stipulation For Dismissal With Prejudice. (Doc. 52.) The parties have stipulated that all claims between the parties have been finally resolved by agreement and should be dismissed with prejudice, and each party shall be responsible for its own costs, expenses, and attorney's fees incurred in connection with the action. (*Id.* at 2.)

    Accordingly, IT IS ORDERED that the above-captioned case is DISMISSED WITH PREJUDICE.

    DATED this 5th day of October, 2022.

_____
Dana L. Christensen, District Judge
United States District Court

1